**REQUIRED STATEMENT**
**TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) <u>Willester Winfrey</u>    Case No.: <u>21-01773</u>    Chapter: <u>13</u>

All Cases: Moving Creditor: <u>Wells Fargo Bank, N.A., as Trustee, for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2004-WCW2</u>    Date Case Filed: <u>February 10, 2021</u>

Nature of Relief Sought  ☒ Lift Stay    ☐ Annul Stay    ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____<u>N/A</u>_____ or Date Plan Confirmed <u>04/21/2021</u>

Chapter 7:    ☐ No-Asset Report filed on _____
              ☐ No-Asset Report not filed. Date of Creditor's Meeting: _____

1. Collateral

    a. ☒ Home <u>2244 72nd Street, Chicago, IL 60636</u>
    b. ☐ Car Year, Make, and Model _____
    c. ☐ Other (describe) _____

2. Balance Owed as of November 3, 2021: $<u>75,884.37</u>
   Total of all other Liens against Collateral: $<u>0.00</u>

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition:

4. Estimated Value of Collateral (must be supplied in all cases) $<u>68,000.00, Schedule D</u>

5. Default

    a. ☐ Pre-Petition Default
       Number of months _____    Amount $_____

    b. ☒ Post-Petition Default
       i. ☒ On direct payments to the moving creditor
       Number of months <u>  3  </u>    Amount $<u>664.20</u>

       ii. ☐ On payments to the Standing Chapter 13 Trustee
       Number of months _____    Amount $_____

6. Other Allegations

    a. ☒ Lack of Adequate Protection 11 U.S.C. §362(d)(1)

       i.   ☐ No insurance
       ii.  ☐ Taxes unpaid Amount $ _____
       iii. ☐ Rapidly depreciating asset
       iv.  ☐ Other _____

    b. ☒ No Equity and Not Necessary for an Effective Reorganization 11 U.S.C. §362(d)(2)

    c. ☒ Other "Cause" 11 U.S.C. §362(d)(1)

       v.   ☐ Bad Faith (describe) _____
       vi.  ☒ Multiple filings
       vii. ☐ Other (describe) _____

    d. Debtor's Statement of Intention regarding the Collateral

21-002323_EJS1

viii. ☐ Reaffirm    ix. ☐ Redeem    x. ☐ Surrender    xi. ☒ No Statement of Intentions Filed

Date: 11/22/2021

Respectfully submitted,

/s/ Todd J. Ruchman

Todd J. Ruchman (6271827)
Keith Levy (6279243)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Stephen R. Franks (0075345)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Todd J. Ruchman.
Contact email is tjruchman@manleydeas.com

(Rev. 12/21/09)

21-002323_EJS1